ANTON MEYER, Plaintiff in Error, *v.* EVANS & HOWARD, Defendants in Error.

1. *Practice, Civil—Assignment of errors—Judgment affirmed, when.*—When plaintiff in error neglects to file an assignment of errors, and no cause for the omission is shown, the judgment of the court below will be affirmed.

*Error to St. Louis Circuit Court.*

*Jecko & Hospes,* for plaintiff in error.

*Glover & Shepley,* for defendants in error.

WAGNER, Judge, delivered the opinion of the court.

The counsel for the defendants in error move the court to affirm the judgment in this cause, because the plaintiff in error has failed to assign errors, as required by law.

No reason appearing for the failure, the motion will be sustained and the judgment affirmed. The other judges concur.

DENNIS McDONALD, *et al.,* Respondent, *v.* JOHN H. FREESE, Appellant.

1. Dennis McDonald *et al.* v. Gronefeld, *ante,* p. 28, affirmed.

*Lewis & Bruere,* for appellant.

*Orrick & Emmons,* and *Lackland,* for respondent.

CURRIER, Judge, delivered the opinion of the court.

This is an ejectment suit, and involves substantially the same issues and points of law as the case of the same plaintiffs against Frederick Gronefeld, decided at the present term of the court. That decision determines this cause, and the judgment must therefore be affirmed, the other judges concurring.